Sharissa ROCKWELL, Appellant,

v.

DIERBERGS MARKETS, INC.,

and

Division of Employment Security, Respondents.

No. ED 101598

Missouri Court of Appeals, Eastern District, DIVISION ONE.

Filed: February 24, 2015

Gregory R. Futhey, 750 Lakeside Plaza, Lake St. Louis, MO 63367, for appellant.

Christopher R. Miller, 421 East Dunklin Street, P.O. Box 59, Jefferson City, MO 65101, Mario A. Gianino, 825 Maryville Centre Dr., Suite 300, Town & Country, MO 63017, for respondents.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

#### PER CURIAM

The claimant, Sharissa Rockwell, appeals the decision of the Labor and Industrial Relations Commission disqualifying her from receiving unemployment-compensation benefits because the employer, Dierbergs Markets, Inc., discharged her for misconduct connected with her work. We affirm the Commission's decision.

as supplemented unless otherwise indicated

·An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the decision of the Commission. Rule 84.16(b)(4).